IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : Criminal No. |
| v. | : |
| | : |
| CHARLES D. SQUIRES, | : VIOLATION: |
| | : |
| Defendant. | : 26 U.S.C. § 7201 (Tax Evasion) |
| | : |

**INFORMATION**

The United States Attorney charges that:

**Introduction**

At all times relevant to this Information:

1. CHARLES D. SQUIRES, the defendant, was a United States citizen who lived in Ashland, Oregon. From at least 2010 until at least the end of 2019, SQUIRES was an independent contractor providing consulting and management services to Company-1, a Department of Defense contractor. In early 2015, SQUIRES acted as the Chief Executive Officer of Company-1 for approximately six months. SQUIRES was paid both a contractual amount and discretionary bonuses annually for his work for Company-1.

2. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for administering the federal tax laws of the United States, and collecting taxes owed to the United States.

3. United States taxpayers who had income in excess of a certain amount were obligated to file an individual income tax return with the United States Internal Revenue Service ("IRS"). On said return, United States taxpayers were obligated to report their worldwide income. Additionally, citizens and residents of the United States who had a financial interest in,

2

or signature or other authority over a financial account in a foreign country were required to disclose the existence of such account on Schedule B, Part III of their individual income tax return.

## COUNT ONE

4. Paragraphs 1 through 3 are realleged and incorporated fully herein by reference.

5. From at least in or about January 1, 2010 through in or about November 2020, in the District of Oregon and elsewhere, the defendant, CHARLES D. SQUIRES, a resident of Ashland, Oregon, willfully and knowingly did attempt to evade and defeat a substantial part of the income taxes due and owing by him to the United States in the amounts and for the calendar years set forth below by:

   a) willfully and knowingly filing with the IRS false and fraudulent U.S. Individual Income Tax Returns, Forms 1040, for each of the calendar years 2010 through 2019 on or about the dates listed below; and

   b) providing his return preparer with false and fraudulent information about the amount of his income in each year.

| Tax Year | Approximate Filing Date of Return | Approximate Unreported Income | Approximate Tax Due and Owing |
|---|---|---|---|
| 2010 | 5/10/2011 | 326,758.00 | 117,514.00 |
| 2011 | 7/18/2012 | 105,421.00 | 47,000.00 |
| 2012 | 6/19/2013 | 602,296.00 | 218,846.00 |
| 2013 | 4/15/2014 | 231,000.00 | 82,291.00 |
| 2014 | 10/13/2015 | 136,000.00 | 45,907.00 |
| 2015 | 8/2/2016 | 315,392.00 | 115,569.00 |

| Tax Year | Approximate Filing Date of Return | Approximate Unreported Income | Approximate Tax Due and Owing |
|---|---|---|---|
| **2016** | 4/15/2017 | 36,000.00 | 13,339.00 |
| **2017** | 6/4/2018 | 24,000.00 | 9,506.00 |
| **2018** | 7/14/2019 | 24,000.00 | 8,744.00 |
| **2019** | 7/30/2020 | 24,000.00 | 7,364.00 |
| **Total** | | 1,824,867.00 | 666,080.00 |

(Title 26, United States Code, Section 7201)

MATTHEW M. GRAVES
Acting United States Attorney
D.C. Bar No. 481052

By: /s/ Leslie A. Goemaat
Leslie A. Goemaat
Assistant United States Attorney
MA Bar No. 676695
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-6971
Leslie.Goemaat@usdoj.gov

STUART M. GOLDBERG
Acting Deputy Assistant Attorney General

By: /s/ Nanette L. Davis
Nanette L. Davis
Senior Litigation Counsel
D.C. Bar No. 442136
150 M Street, N.E., Room 1.107
Washington, D.C. 20002
(202) 514-8030
Nanette.L.Davis@usdoj.gov