IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No.  22-021 (CKK) |
|  | : |  |
| v. | : | Violation: |
|  | : |  |
|  | : | 26 U.S.C. § 7201 (Tax Evasion) |
| CHARLES D. SQUIRES, | : |  |
|  | : |  |
| Defendant. | : |  |
|  | : |  |

**STATEMENT OF OFFENSE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, CHARLES D. SQUIRES (hereinafter, "SQUIRES"), agree and stipulate to the facts presented below. These facts are presented for the purpose of demonstrating there is a factual basis for SQUIRES's guilty plea pursuant to Federal Rule of Criminal Procedure 11, and do not represent all of the evidence that could have been presented at a trial. At all times relevant to this Statement of Offense:

**A.     Background**

1.     At all relevant times, CHARLES D. SQUIRES, the defendant, was a United States citizen who lived in Ashland, Oregon, and intermittently London, England and Dubai, United Arab Emirates. Starting in or about 2003, SQUIRES was an independent contractor for a United States Department of Defense contractor ("Company-1") as the Director of Operation for Company-1's operations in Kyrgyzstan, Afghanistan, and the Middle East. SQUIRES returned to Oregon in the Spring of 2012, where SQUIRES acted as a consultant and continued to receive payment from Company-1. SQUIRES became the interim Chief Executive Officer of Company-1 in or about February 2015 for approximately six months, working out of the Dubai

headquarters. Thereafter, after returning to Oregon, SQUIRES acted as a consultant to and continued to receive payment from Company-1 from August 2015 until at least July 2020.

**B.     Offense Conduct**

2.      Starting in or about 2003, SQUIRES acted as the chief operations officer for Company-1, first in London and then later in Dubai. His compensation package included both salary payments and bonus payments. SQUIRES directed that most of his income be transferred via wire transfer to domestic bank accounts in Oregon. However, SQUIRES also received tens of thousands of dollars in "in country" payments and also caused funds to be wire-transferred directly from Company-1 to a contractor working on SQUIRES's properties in Oregon and to a bank to pay off a mortgage loan held by SQUIRES and his spouse.

3.      For each of the tax years 2010 through 2019, SQUIRES filed false and fraudulent federal income tax returns. These returns were filed jointly with his spouse on or about the dates listed below, which were prepared by a paid return preparer. Despite specific questions each year by his return preparers about his income, SQUIRES provided false and incomplete information to them about the amount of the salary and bonus from Company-1 for each of the years 2010 through 2019, resulting in the underpayment of his taxes in each of those years.

## CONCLUSION

From 2010 through 2019, SQUIRES filed false and fraudulent income tax returns, failing to report more than $1.8 million in salary and bonus income from Company-1. The tax loss for those years is as follows:

| Tax Year | Approximate Filing Date of Tax Return | Omitted Gross Income | Tax Due and Owing |
|---|---|---|---|
| 2010 | May 10, 2011 | $326,758.00 | $117,514.00 |
| 2011 | July 18, 2012 | 105,421.00 | 47,000.00 |
| 2012 | June 19, 2013 | 602,296.00 | 218,846.00 |
| 2013 | April 15, 2014 | 231,000.00 | 82,291.00 |
| 2014 | October 13, 2015 | 136,000.00 | 45,907.00 |
| 2015 | August 2, 2016 | 315,392.00 | 115,569.00 |
| 2016 | April 15, 2017 | 36,000.00 | 13,339.00 |
| 2017 | June 4, 2018 | 24,000.00 | 9,506.00 |
| 2018 | July 14, 2019 | 24,000.00 | 8,744.00 |
| 2019 | July 30, 2020 | 24,000.00 | 7,364.00 |
| Total | | $1,824,867.00 | $666,080.00 |

SQUIRES knowingly and willfully evaded the above-listed taxes due and owing for the years 2010 through 2019. SQUIRES committed the affirmative acts of evasion of providing his return preparer with false and incomplete information and filing false and fraudulent income tax returns that omitted the income, as detailed above.

STUART M. GOLDBERG
Acting Deputy Assistant Attorney General

By: *Nanette L Davis* (signature)

Nanette L. Davis
D.C. Bar No. 442136
Senior Litigation Counsel
Department of Justice Tax Division
150 M Street, N.E., Room 1.107
Washington, D.C. 20002

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

By:    /s/ Leslie A. Goemaat
        LESLIE A. GOEMAAT
        MA Bar No. 676695
        Assistant United States Attorney
        Fraud Section
        U.S. Attorney's Office
        555 4th Street, N.W., Room 5840
        Washington, D.C. 20530
        Office: 202-803-1608
        Leslie.Goemaat@usdoj.gov

## Defendant's Acceptance

I have read this Statement of the Offense and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Statement of the Offense and all matters relating to it. I fully understand this Statement of the Offense and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

2022/01/13  
Date

Defendant CHARLES D. SQUIRES

## Defense Counsel's Acknowledgment

I am Defendant CHARLES D. SQUIRES's attorney. I have reviewed every part of this Statement of the Offense with him. It accurately and completely sets forth the Statement of the Offense agreed to by Defendant, the Department of Justice Tax Division, and the Office of the United States Attorney for the District of Columbia.

2022/01/13  
Date

Gabriel Gore, Esq.

2022/01/13  
Date

Edward Dowd, Esq.