# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | **Case No. 1:22-CR-00021-CKK** |
| **v.** | ) | |
| | ) | |
| | ) | |
| **CHARLES D. SQUIRES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### CONSENT MOTION TO TRAVEL

COMES NOW Defendant, Charles D. Squires, by and through counsel, and hereby moves this Court to permit him to travel out of the continental United States for the purposes identified below.  In support of this motion, Defendant states as follows:

1.      On February 16, 2022, Defendant waived indictment and pleaded guilty to a single count of 26 U.S.C. § 7201 (tax evasion).

2.      On that same day, the Court released Defendant on his own recognizance with a combination of conditions of release. (ECF No. 9).

3.      One of the conditions of release requires Defendant to receive Court approval before traveling outside of the continental United States. (*Id.*).

4.      Defendant requests the Court's permission to travel outside of the continental United States. If permitted to do so, Defendant would travel to Oahu, Hawaii with his wife to celebrate a friend's birthday. Defendant would depart on February 1, 2024 and return home February 5, 2024.

5.      To date, Defendant has complied with all conditions of his release. (*See, e.g.*, ECF Nos. 17, 20, 25).

6.     Defendant has given no reason for this Court to have concern that his travel will present either a meaningful risk of flight or a danger to the community.

7.     Defendant's counsel has consulted with the Government regarding this matter, and the Government has no objection to Defendant's Motion to Travel.

8.     Defendant has also discussed this matter with his Pretrial Services Officer, who is unopposed to the request. Defendant is willing to provide any additional information requested by the Pretrial Services Office as necessary.

WHEREFORE, Defendant respectfully requests this Honorable Court permit him to travel outside of the continental United States from February 1 to 5, 2024, for the reasons set forth in the foregoing paragraphs.

Dated:  January 10, 2024                    Respectfully submitted,

**DOWD BENNETT LLP**

*/s/ Edward L. Dowd, Jr.*
Edward L. Dowd, Jr.
D.C. Bar No. MO0020
Rebecca R. McLaughlin
*(Pro Hac Vice)*
7676 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
(314) 889-7300 (telephone)
(314) 863-2111 (facsimile)
edowd@dowdbennett.com
rmclaughlin@dowdbennett.com
*Attorneys for Defendant Charles D. Squires*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 10, 2024 a copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

*/s/ Edward L. Dowd, Jr.*